# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. FITZGERALD,<br><br>              Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:04-CV-6336-REC-LJO-P<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Docs. 12 and 16) |

Plaintiff Alton E. Fitzgerald ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act) and 29 U. S. C. § 794 (Rehabilitation Act). Plaintiff filed this action on September 30, 2004. The Court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief against defendants Adams and Woodford for violation of the ADA and the RA.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). (Docs. 16, 20.) Accordingly, it is HEREBY ORDERED that:

///

---

[1] On November 8, 2005, plaintiff's Eighth Amendment claim against defendants Adams and Woodford, and Eighth Amendment, ADA, and RA claims against defendants Bartlett, M. Gonzales, P.C. Gonzales, Lais, and Coreno were dismissed for failure to state a claim upon which relief may be granted. Further, defendants Bartlett, M. Gonzales, P.C. Gonzales, Lais, and Coreno were dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

1. Service is appropriate for the following defendants:

    DERRAL G. ADAMS, WARDEN

    JEANNE S. WOODFORD, CDC DIRECTOR

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed April 18, 2005.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed amended complaint filed April 18, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   November 9, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE