# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. FITZGERALD, | CASE NO. 1:04-CV-06336-AWI-LJO-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | (Doc. 32) |
| Defendants. | |

Plaintiff Alton E. Fitzgerald ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act) and 29 U. S. C. § 794 (Rehabilitation Act). On June 12, 2006, defendants filed a motion to dismiss for failure to exhaust the available administrative remedies. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition. Local Rule 78-230(m).

<u>Plaintiff is required to respond to defendants' motion within **thirty (30) days** from the date of service of this order by filing an opposition or a statement of non-opposition. If plaintiff fails to file a response to defendants' motion, the Court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.</u>

IT IS SO ORDERED.

**Dated:   August 11, 2006**             /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE

1